IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DENA R. POTTER<br><br>    Plaintiff,<br><br>vs.<br><br>THE ASSOCIATED PRESS,<br><br>    Defendant. | Civil Action No. 3:15CV038(MHL) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and by counsel, Plaintiff Dena R. Potter and Defendant The Associated Press hereby dismiss this action with prejudice, each party to bear its own costs and attorney's fees.

Dated this 21st day of July, 2015.

                       Respectfully submitted,

| DENA R. POTTER, By Counsel. | THE ASSOCIATED PRESS, By Counsel. |
|---|---|
| **/s/ David R. Simonsen, Jr.**, VSB #20078<br>Vickey A. Verwey, VSB #20267<br>8003 Franklin Farms Drive, Suite 131<br>Richmond, VA 23229-5107<br>Tel: (804) 285-1337<br>Fax: (804) 285-1350<br>Email: dsimonsenj@aol.com<br><br>*Counsel for Plaintiff Dena R. Potter* | **/s/ Jay Ward Brown**, VSB # 34355<br>Matthew E. Kelley, VSB # 84045<br>LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.<br>1899 L Street, N.W.<br>Suite 200<br>Washington, DC 20036<br>Telephone: (202) 508-1100<br>Facsimile: (202) 861-9888<br>jbrown@lskslaw.com<br>mekelley@lskslaw.com<br><br>*Counsel for Defendant The Associated Press* |

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2015, a true and correct copy of the foregoing Stipulation was served via this Court's ECF system on counsel for defendant as follows:

>Jay Ward Brown, VSB # 34355
>Matthew E. Kelley, VSB # 84045
>LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
>1899 L Street, N.W.
>Suite 200
>Washington, DC 20036
>Telephone: (202) 508-1100
>Facsimile: (202) 861-9888
>jbrown@lskslaw.com
>mekelley@lskslaw.com
>
>*Counsel for Defendant The Associated Press*

**/s/David R. Simonsen, Jr.**, VSB #20078
8003 Franklin Farms Drive, Suite 131
Richmond, VA 23229-5107
Tel: (804) 285-1337
Fax: (804) 285-1350
Email: dsimonsenj@aol.com

*Counsel for Plaintiff Dena R. Potter*